### STATE OF CONNECTICUT *v.* LUIS ROJAS

The defendant's petition for certification for appeal from the Appellate Court, 124 Conn. App. 745 (AC 30590), is denied.

*Glenn W. Falk*, special public defender, in support of the petition.

*Melissa L. Streeto*, assistant state's attorney, in opposition.

Decided December 15, 2010